UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES W. BOYD,

    Plaintiff,

Case No. 1:12-cv-732

v.

HONORABLE PAUL L. MALONEY

SUMMIT COMMUNITY BANK, ALLEN
& HOPE PROCESS SERVERS, INC., D/B/A
ALLEN-HOPE AND ASSOCIATES, AND
ALLEN-HOPE AND ASSOCIATES PROCESS
SERVERS, INC.,

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, a **MONEY JUDGMENT** is hereby entered in favor of Plaintiff James W. Boyd and against Defendants Allen & Hope Process Servers, Inc., d/b/a Allen-Hope and Associates, and Allen-Hope and Associates Process Servers, Inc. in the amount of $3,171.00, together with and costs of $293.00, for a total judgment of $3,464.00.

Date:  August 31, 2012                  /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District